IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and BMG MUSIC, a New York general partnership,<br><br>   Plaintiffs,<br>   v.<br><br>Rita G. Funya,<br>   Defendant. | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION NO. 2:06-cv-00815-GLL-RCM<br><br>Judge Gary L. Lancaster<br><br>Magistrate Robert C. Mitchell |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs Atlantic Recording Corp., *et al.*, together with Defendant Rita G. Funya, by and through their attorneys, respectfully stipulate to the dismissal of the above-named action with prejudice, each side to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

Respectfully submitted this 6th day of December, 2006,

s/ Geoffrey L. Beauchamp
Howard M. Klein (PA# 33632)
Geoffrey L. Beauchamp (PA# 40380)
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
Telephone 215.864.9600
Facsimile 215.864.9620

Attorneys for Plaintiffs

s/ Stan Stein
Stan Stein (PA# 10577)
Feldstein Grinberg Stein & McKee
428 Blvd of the Allies
Pittsburgh, PA 15219
Telephone: (412)263-6111

Attorneys for Defendant

SO ORDERED, this 10 day of December, 2006.

Gary L. Lancaster, U.S. District Judge